UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LINDA L. DAVIS, | Civil No. C20-6203-SKV |
| Plaintiff, | |
| vs. | ORDER OF REMAND |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will:

• Re-evaluate the opinions from Drs. Krueger and Wingate and discuss the factors of supportability and consistency of their opinions pursuant to 20 C.F.R. § 416.920c(b); and

• Explain why any prior restrictions were not adopted, per AR 97-4(9); and

• As needed, further develop the record, reevaluate the claimant's subjective testimony; reevaluate the medical opinions; reevaluate the claimant's residual functional capacity;

Page 1   ORDER - [C20-6203-SKV]

continue with the sequential evaluation; offer the claimant an opportunity for a new hearing; and obtain vocational expert testimony.

Upon proper presentation, this Court will consider Plaintiff's application for cost and attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 et seq.

DATED this 6th day of October 2021.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Frederick Fripps
FREDERICK FRIPPS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3892
Fax: (206) 615-2531
frederick.fripps@ssa.gov